UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEO KRAMER, | Case No. 19-cv-04168-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JACOB GUTIERREZ, et al., | |
| Defendants. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Defendants and close the file

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  8/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge